SO ORDERED,



Judge Jason D. Woodard

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE: PHILLIP TODD MAXWELL
& JILL COLLINS MAXWELL                    CHAPTER 13

DEBTORS                                   CASE NO. 14-13293 JDW

## ORDER LIFTING STAY AND
## ABANDONING PROPERTY OF THE ESTATE

THIS DAY this cause came on before the Court on joint motion *ore tenus* of the parties, and the parties having reached an agreement regarding this matter, and the Court being fully advised in the premises, finds that:

It is therefore, ORDERED as follows:

1. The automatic stay as it applies to steam table is hereby lifted and the property is abandoned from the bankruptcy estate.

2. Citizens Bank may execute on the collateral as allowed by law. Any sums received from the sale of the collateral shall be credited to Debtors ~~in Possession~~ account and a claim filed. *605 RHL*

#ENDOFORDER#

AGREED TO:

_____
Karen B. Schneller, MSB #6558
Robert H. Lomenick, Jr., MSB #104186
North Mississippi Bankruptcy Group
126 North Spring Street
P. O. Box 417
Holly Springs, MS 38635
(662) 353-3224/rlomenick@gmail.com

_____
W. Jeffrey Collier, MSB
G. Adam Sanford, MSB 103482
Attorneys for Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
601-355-6661